**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01043-RPM-BNB

ELVIA ELIZALDE,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

                  BY THE COURT:

                  s/ Richard P. Matsch

July 25th, 2007
_____    _____
Date                               Richard P. Matsch, Senior District Judge